1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

EDWARDO BALTIERA                              1:10-cv-00590 SKO (HC)

11
                    Petitioner,              ORDER GRANTING MOTION
12                                           TO PROCEED IN FORMA PAUPERIS
          vs.
13                                           (DOCUMENT #2)

M. MCDONALD,
14
                    Respondent.
15    _____/

16
          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
17
28 U.S.C. § 2254.
18
          Petitioner has filed a motion to proceed in forma pauperis and a copy of petitioner's prison
19
trust account statement.   Examination of these documents reveals that petitioner is unable to afford
20
the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.  See
21
28 U.S.C. § 1915.
22
IT IS SO ORDERED.
23
**Dated:    April 22, 2010              _____/s/ Sheila K. Oberto_____**
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28